# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

## NO. 03-11-00641-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

## NO. 03-11-00642-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

## NO. 03-11-00643-CV

**Vista Medical Center Hospital, Appellant**

**v.**

**Texas Mutual Insurance Company, Appellee**

### APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
### AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
### REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
### OPINION BY JUSTICE PEMBERTON

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

## NO. 03-11-00742-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

## NO. 03-11-00743-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

## NO. 03-11-00744-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

## NO. 03-11-00745-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

## NO. 03-11-00746-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### JUDGMENT RENDERED SEPTEMBER 27, 2013

---

### NO. 03-11-00747-CV

---

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

---

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE**
**AFFIRMED IN PART; REVERSED AND RENDERED IN PART;**
**REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --**
**OPINION BY JUSTICE PEMBERTON**

---

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

2

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

## NO. 03-11-00748-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

## NO. 03-11-00749-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

## NO. 03-11-00750-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude

that the district court erred in part. We therefore order that the motion for rehearing filed by

appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment

dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding

monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take

nothing on that claim. We find no error in the remainder of the judgment reversing the

administrative order and remanding Vista's claims for stop-loss reimbursement to the Division

for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

### NO. 03-11-00751-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

---

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

---

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED SEPTEMBER 27, 2013

---

### NO. 03-11-00752-CV

---

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

---

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

---

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

## NO. 03-11-00753-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

## NO. 03-11-00754-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

## NO. 03-11-00755-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED SEPTEMBER 27, 2013

### NO. 03-11-00756-CV

**Vista Medical Center Hospital, Appellant**

**v.**

**Texas Mutual Insurance Company, Appellee**

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

## NO. 03-11-00757-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

### NO. 03-11-00758-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

## NO. 03-11-00759-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED SEPTEMBER 27, 2013

### NO. 03-11-00760-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

## NO. 03-11-00761-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude

that the district court erred in part. We therefore order that the motion for rehearing filed by

appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment

dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding

monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take

nothing on that claim. We find no error in the remainder of the judgment reversing the

administrative order and remanding Vista's claims for stop-loss reimbursement to the Division

for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

## NO. 03-11-00762-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

## NO. 03-11-00763-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

---

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

---

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

### NO. 03-11-00764-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED SEPTEMBER 27, 2013

---

### NO. 03-11-00765-CV

---

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

---

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

---

This cause was heard on the transcript of the record and arguments of the parties. We conclude

that the district court erred in part. We therefore order that the motion for rehearing filed by

appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment

dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding

monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take

nothing on that claim. We find no error in the remainder of the judgment reversing the

administrative order and remanding Vista's claims for stop-loss reimbursement to the Division

for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

## NO. 03-11-00766-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

## NO. 03-11-00767-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

## NO. 03-11-00768-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

### APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
### AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
### REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
### OPINION BY JUSTICE PEMBERTON

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

## NO. 03-11-00769-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

## NO. 03-11-00770-CV

**Vista Medical Center Hospital, Appellant**

**v.**

**Texas Mutual Insurance Company, Appellee**

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED SEPTEMBER 27, 2013

---

## NO. 03-11-00771-CV

---

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

---

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

---

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

## NO. 03-11-00772-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

## APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
## AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
## REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
## OPINION BY JUSTICE PEMBERTON

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

### NO. 03-11-00773-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

## NO. 03-11-00774-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude

that the district court erred in part. We therefore order that the motion for rehearing filed by

appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment

dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding

monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take

nothing on that claim. We find no error in the remainder of the judgment reversing the

administrative order and remanding Vista's claims for stop-loss reimbursement to the Division

for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

### NO. 03-11-00775-CV

**Vista Medical Center Hospital, Appellant**

**v.**

**Texas Mutual Insurance Company, Appellee**

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

## NO. 03-11-00776-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

## NO. 03-11-00777-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

## NO. 03-11-00778-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED SEPTEMBER 27, 2013

---

### NO. 03-11-00779-CV

---

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

---

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

---

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

## NO. 03-11-00780-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

### NO. 03-11-00781-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

---

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

---

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

## NO. 03-11-00782-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

---

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

---

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

## NO. 03-11-00783-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

## NO. 03-11-00784-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

## APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
## AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
## REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
## OPINION BY JUSTICE PEMBERTON

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

## NO. 03-11-00785-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the motion for rehearing filed by appellee, Texas Mutual Insurance Company is overruled; that that the opinion and judgment dated June 6, 2013, are withdrawn; and that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We

**remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.